IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TATIANA R.,

        Plaintiff,

        v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendants.

Case No. 3:18-cv-00119-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 21), and

the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

Although neither party filed objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d

1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Report and Recommendation (ECF No. 21) is adopted in full.

The Commissioner's decision is REVERSED and REMANDED for further proceedings.

IT IS SO ORDERED.

DATED this 25th day of November, 2019.


             _____/s/ Michael J. McShane_____
                Michael McShane
             United States District Judge